1  SEYFARTH SHAW LLP
   Andrea K. Anapolsky (SBN 238297)
2  aanapolsky@seyfarth.com
   560 Mission Street, 31st Floor
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendants,
   Macy's Inc. Long Term Disability Plan
6  And The Prudential Insurance Company of
   America.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYMBERLEE GILSON, | Case No. 3:13-cv-04520-NC |
| Plaintiff, | **ORDER ON STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| v. | |
| MACY'S INC. LONG TERM DISABILITY PLAN and PRUDENTIAL INSURANCE COMPANY OF AMERICA, | Magistrate Judge: Nathanael M. Cousins |
| Defendants. | Complaint Filed: September 30, 2013 |

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendants shall answer or other respond to Plaintiff's Complaint on or before November 18, 2013.

_____

Dated: October 31, 2013

GRANTED
Judge Nathanael M. Cousins

16354934v.1