| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | SEYFARTH SHAW LLP<br>Andrea K. Anapolsky (SBN 238297)<br>aanapolsky@seyfarth.com<br>560 Mission Street, 31st Floor<br>San Francisco, California  94105<br>Telephone:  (415) 397-2823<br>Facsimile:   (415) 397-8549<br><br>Attorneys for Defendants,<br>Macy's Inc. Long Term Disability Plan<br>And The Prudential Insurance Company of America. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYMBERLEE GILSON,<br><br>             Plaintiff,<br><br>     v.<br><br>MACY'S INC. LONG TERM DISABILITY PLAN and PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>             Defendants. | Case No. 3:13-cv-04520-NC<br><br>**ORDER ON STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Magistrate Judge:  Nathanael M. Cousins<br><br>Complaint Filed:  September 30, 2013 |

### **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendants shall answer or other respond to Plaintiff's Complaint on or before November 18, 2013.

_____

Dated:  October 31, 2013

GRANTED

Judge Nathanael M. Cousins

16354934v.1