IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KYMBERLEE GILSON,

    Plaintiff,

v.

MACY'S, INC. LONG TERM DISABILITY PLAN, et al.,

    Defendants.

No. C 13-04520 WHA

**ORDER RE NOTICE OF SETTLEMENT**

In this ERISA action, plaintiff has filed a notice of settlement stating that the parties "anticipate filing a stipulation for dismissal within the next 30 days." Please remember that all deadlines remain in place until a dismissal fully resolving the entire case is filed.

**IT IS SO ORDERED.**

Dated: September 2, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE